IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-MC-9
(Relating to JAMS Case No. 6664)

| | | |
|---|---|---|
| IN THE ARBITRATION OF: | ) | |
| | ) | |
| KERRY R. HICKS, | ) | **ORDER GRANTING** |
| Claimant, | ) | **MOTION FOR ADMISSION** |
| | ) | **PRO HAC VICE** |
| v. | ) | |
| | ) | |
| THE CADLE COMPANY, BUCKEYE | ) | |
| RETIREMENT CO., LLC, LTD., | ) | |
| WILLIAM E. SHAULIS and | ) | |
| DANIEL C. CADLE, | ) | |
| Respondents. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the motion of counsel for Tamara Massey, Alice Byrd, Stowe Query, and Bank of America, N.A., nonparties to the action, to allow Scott F. Llewellyn to appear *Pro Hac Vice*, filed February 8, 2006.

Upon careful review and consideration, this Court will grant said Application.

In accordance with Local Rule 83.1 (B), of this Court's Local Rules of Civil Procedure, Mr. Llewellyn is ordered to pay the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court within ten (10) days of the date of this Order.

**IT IS SO ORDERED.**

Signed: February 8, 2006

Graham C. Mullen
United States District Judge